UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Lynn Letizi, | Case No. 20-cv-1226 |
| *Plaintiff*, | |
| v. | Hon. Matthew F. Kennelly |
| IQ Data International, Inc.; Legend Park Apartments of Schaumburg, LLC, | Magistrate Judge: Hon. Sheila M. Finnegan |
| *Defendants*. | JURY TRIAL DEMANDED |

**NOTICE OF SETTLEMENT IN PRINCIPLE**

PLEASE TAKE NOTICE that the above-captioned matter has been resolved between the parties in principle pending the exchange and approval of final settlement papers. Plaintiff respectfully requests that this Honorable Court retain jurisdiction over this matter pending her anticipated filing of a Notice of Dismissal herein under Rule 41(a)(1)(A)(i).

Respectfully submitted,

*s/Steven J. Uhrich*

Steven J. Uhrich (6310369)
Uhrich Law, P.C.
1 N. State Street, Suite 1500
Chicago, IL 60602
p: 773-969-6337
f:  773-496-6968
steven@uhrichlawpc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 27, 2020, a copy of the foregoing was served on all counsel of record via electronic mail via the Court's cm/ecf system.

>
> */s/ Steven J. Uhrich*
> Attorney for Plaintiff