# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Lynn Letizi, *Plaintiff*, v. IQ Data International, Inc.; Legend Park Apartments of Schaumburg, LLC, *Defendants*. | Case No. 20-cv-1226 <br><br> Hon. Matthew F. Kennelly <br><br> Magistrate Judge: <br> Hon. Sheila M. Finnegan <br><br> JURY TRIAL DEMANDED |

## NOTICE OF VOLUNTARY DISMISSAL
## UNDER RULE 41(1)(A)(i)

PLEASE TAKE NOTICE that the Plaintiff Lynn Letizi hereby voluntarily dismisses this matter, with such dismissal as to Defendant IQ Data International with prejudice, and as to defendant Legend Park Apartments of Schaumburg, LLC without prejudice. No party has served either an answer or a motion for summary judgment herein.

Respectfully submitted,

*s/Steven J. Uhrich*

Steven J. Uhrich (6310369)
Uhrich Law, P.C.
1 N. State Street, Suite 1500
Chicago, IL 60602
p: 773-969-6337
f: 773-496-6968
steven@uhrichlawpc.com

**CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2020, a copy of the foregoing was served on all counsel of record via electronic mail via the Court's cm/ecf system.

_/s/ Steven J. Uhrich_
Attorney for Plaintiff
